■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WALTER R. TAYLOR, Appellant.—Judgment unanimously affirmed. Memorandum: Defendant waived any claim that he was deprived of a fair trial based upon pretrial publicity by pleading guilty before the jury selection process was complete or had become protracted *(see, People v Smith,* 63 NY2d 41, 69, *cert denied* 469 US 1227; *People v Parker,* 60 NY2d 714, 715; *People v Green,* 146 AD2d 281). Only the other issue raised by defendant requires comment. Defendant contends that a reversal is required because delay in the appellate process denied him due process of law. We reject this contention because defendant cannot demonstrate that he was prejudiced by any delay *(see, People v Cousart,* 58 NY2d 62; *People v Pratt,* 149 AD2d 956; *People v Gaines,* 143 AD2d 520, *lv denied* 73 NY2d 855). We have reviewed the other claims made by defendant and find each to be without merit. (Appeal from judgment of Supreme Court, Monroe County, Kennedy, J.—promoting prostitution, second degree; assault, third degree.) Present—Callahan, J. P., Denman, Green, Balio and Davis, JJ.

■ In the Matter of RAY A. BROOKS, JR., Appellant, v STATE OF NEW YORK et al., Respondents.—Judgment unanimously affirmed without costs for reasons stated at Supreme Court, Shaheen, J. (Appeal from judgment of Supreme Court, Oneida County, Shaheen, J.—art 78.) Present—Callahan, J. P., Denman, Green, Balio and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BRUCE THOMAS, Appellant.—Judgment unanimously affirmed. Memorandum: Defendant appeals from a judgment convicting him, after a jury trial, of grand larceny in the third degree. Viewed as a whole, and in the light most favorable to the People, the evidence of guilt, although totally circumstantial, was sufficient *(see, People v Bleakley,* 69 NY2d 490, 495; *People v Betancourt,* 68 NY2d 707, 709-710; *People v Kennedy,* 47 NY2d 196, 202-203). Contrary to defendant's contention, the verdict is supported by the weight of the evidence *(see, People v Bleakley, supra).* We have examined defendant's remaining contentions and find them to be either unpreserved for our review *(see,* CPL 470.05 [2]) or lacking in merit. (Appeal from judgment of Ontario County Court, Reed, J.—grand larceny, third degree.) Present—Doerr, J. P., Boomer, Pine, Lawton and Davis, JJ.